**Anthony STIGGER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53168.**

Missouri Court of Appeals, Western District.

July 15, 1997.

Rosemary E. Percival, Assistant Appellate Defender, Kansas City, for Appellant.

John Munson Morris, Assistant Attorney General, Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Anthony Stigger appeals the denial of his *pro se* and amended Rule 24.035 motions for postconviction relief.

Affirmed. Rule 84.16(b).

**William E. LONG, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52701.**

Missouri Court of Appeals, Western District.

July 15, 1997.

A. Renae Adamson, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Cheryl A. Caponegro, Assistant Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and BRECKENRIDGE and HANNA, JJ.

**ORDER**

PER CURIAM:

Appellant William Long appeals the trial court's denial of his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Mr. Long claims that the trial court erred in admitting an audio recording of discussions between himself and his trial counsel, Mark Wissehr, because those conversations were protected by the attorney-client privilege. Because we find no violation on the facts of this case, we affirm. Because a published opinion would have no precedential value, we affirm by this summary order but have provided the parties with a memorandum setting out the reasons for our decision. Rule 84.16(b).